PROSKAUER ROSE LLP
Lawrence R. Sandak
Edna D. Guerrasio
One Newark Center
Newark, New Jersey 07102-5211
Telephone: 973.274.3200
Fax: 973.274.3299
lsandak@proskauer.com
eguerrasio@proskauer.com

Howard Shapiro (*pro hac* admission pending)
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Telephone: 504.310.4085
Fax: 504.310.2022
howshapiro@proskauer.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

------------------------------------------------------------ x
PATENT CARE ASSOCIATES LLC a/s/o A.A., : Civil Action No. 13-1819 (CCC)
N.B., P.D., C.E., K.N., and F.R.,
:
Plaintiff,
: **NOTICE OF MOTION TO DISMISS**
-against-
:
JP MORGAN CHASE & Co.; ABC CORP. (1-10)
(Said names being fictitious and unknown : Document Electronically Filed
entities),
:
Defendants.
------------------------------------------------------------ x

To:     Andrew R. Bronsnick, *Attorney for Plaintiff*
        Massood & Bronsnick, LLC
        50 Packanack Lake Road East
        Wayne, New Jersey  07470

MR. BRONSNICK:

      PLEASE TAKE NOTICE that on Monday, May 20, 2013, at 10:00 a.m. or as soon

thereafter as counsel may be heard, the undersigned attorney for Defendant JPMorgan Chase &

Co. shall move, pursuant to Fed. R. Civ. P. 12(b)(6), before the Honorable Claire C. Cecchi, United States District Court Judge for the District of New Jersey, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, for an Order dismissing Counts Two and Three of the Complaint, with prejudice, and striking Plaintiff's claim for compensatory damages under Count One and request for a jury trial.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Defendant shall rely upon its accompanying Memorandum of Law.

PLEASE TAKE FURTHER NOTICE that Defendant does not request oral argument on this Motion.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is enclosed herewith.

Dated: Newark, New Jersey
April 26, 2013

PROSKAUER ROSE LLP

By:   /s/   Lawrence R. Sandak
Lawrence R. Sandak
Edna D. Guerrasio
One Newark Center, 18th Floor
Newark, New Jersey 07102-5211
Phone: 973.274.3200
Fax:  973.274.3299
lsandak@proskauer.com
eguerrasio@proskauer.com

Howard Shapiro (*pro hac* admission pending)
650 Poydras Street, Suite 1800
New Orleans, Louisiana 70130
Phone:  504.310.4085
Fax:  504.310.2022
howshapiro@proskauer.com
*Attorneys for Defendant*