PROSKAUER ROSE LLP
Lawrence R. Sandak, Esq.
One Newark Center, 18th Floor
Newark, New Jersey 07102
Tel.: 973.274.3200
Facsimile: 973.274.3299
lsandak@proskauer.com
*Attorneys for Defendant*
JP Morgan Chase & Co.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

------------------------------------------------------------x
PATIENT CARE ASSOCIATES a/s/o A.A., N.B.,
P.D., C.E., K.N., and F.R.,

          Plaintiff,

   -against-

JP MORGAN CHASE & Co.; ABC CORP. (1-10)
(Said names being fictitious and unknown
entities),

          Defendants.
------------------------------------------------------------x

Civil Action No. 13-1819 (CCC)

**CONSENT ORDER
ADMITTING COUNSEL
*PRO HAC VICE***

     THIS MATTER having been brought before the Court by Proskauer Rose LLP, attorneys for Defendant JP Morgan Chase & Co. ("JPMC"), on consent of Plaintiff Patient Care Associates LLC, for an order granting the admission *pro hac vice* of Howard Shapiro, Esq. to the bar of the United States District Court for the District of New Jersey; the Court having considered JPMC's application, together with the Certifications of Lawrence R. Sandak, Esq., and Howard Shapiro, Esq.; it appearing that Howard Shapiro, Esq. is a member in good standing of the bars listed in his certification, and that there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; and for good cause appearing:

**IT IS ORDERED** that Howard Shapiro Esq. be admitted *pro hac vice* to the bar of the United States District Court for the District of New Jersey for the purpose of representing Defendant JPMC in the above-captioned action; and it is further

**ORDERED** that Howard Shapiro, Esq. will hereby comply with the requirements of New Jersey Court Rule 1:28-2 and pay the appropriate fee to the New Jersey Lawyers' Fund for Client Protection for each calendar year in which he continues to represent JPMC in the above-captioned action (to the extent that such fee has not otherwise been paid in connection with another matter) and agree to take no fee in any tort case in excess of N.J. Court Rule 1:21-7; and it is further

**ORDERED** that Howard Shapiro, Esq. shall comply with the provisions of L.Civ.R. 101(c)(3) and submit payment to the Clerk of the Court for the District of New Jersey; and it is further

**ORDERED** that Howard Shapiro, Esq. be assisted by the attorneys of record, Lawrence R. Sandak, Esq., a Partner of Proskauer Rose LLP's Newark, New Jersey office, or another attorney associated with the Newark, New Jersey office, with whom the Court and opposing counsel may readily communicate regarding the conduct of this case and upon whom pleadings and other papers may be served; and it is further

**ORDERED** that Howard Shapiro, Esq. be bound by the disciplinary rules of the Court.

Stipulated as to entry and form:

| PROSKAUER ROSE LLP | MASSOOD & BRONSNICK, LLC |
|---|---|
| One Newark Center | 50 Packanack Lake Road East |
| Newark NJ  07102-5310 | Wayne, New Jersey  07470 |
| (973) 274-3200 | (973) 696-1900 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| By:   /s/ Lawrence R. Sandak | By:   /s/ Andrew R. Bronsnick |
| Lawrence R. Sandak | Andrew R. Bronsnick |

SO ORDERED this  29th  day of  April , 2013

_____
Joseph A. Dickson, U.S.M.J.

3

8309/15477-031 current/36295446v1