**CASE CLOSED**

**MASSOOD & BRONSNICK, LLC**
50 Packanack Lake Road East
Wayne, New Jersey 07470-6663
(973) 696-1900
Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PATIENT CARE ASSOCIATES LLC a/s/o A.A., N.B., P.D., C.E., K.N., & F.R.,<br><br>Plaintiff(s),<br><br>v.<br><br>JP MORGAN CHASE; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>Defendant(s), | CIVIL ACTION NO.: 2:13-cv-01819<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed that all claims against JP Morgan Chase in the above-captioned matter are hereby dismissed without costs against any parties with prejudice.

Massood & Bronsnick, LLC

_____
Andrew R. Bronsnick, Esq.
*Attorneys for Plaintiff*

Dated: May 24, 2013

SO ORDERED

*s/Claire C. Cecchi*
_____
**Claire C. Cecchi, U.S.D.J.**

Date: 5/29/13